594 OCTOBER TERM, 1918.

Cases Disposed of Without Consideration by the Court.    248 U. S.

cember 16, 1918. Dismissed with costs, pursuant to the tenth rule. *Mr. Milton Brown* for plaintiff in error. No appearance for defendant in error.

---

No. 81. TRUTH A. MILNER, EXECUTRIX, ETC., ET AL., *v.* UNITED STATES. Appeal from the Circuit Court of Appeals for the Eighth Circuit. December 16, 1918. Dismissed, pursuant to the sixteenth rule, on motion of *Mr. Assistant Attorney General Kearful* for the United States. *Mr. Adrian C. Ellis, Jr.,* and *Mr. William C. Prentiss* for appellants.

---

No. 91. YAZOO & MISSISSIPPI VALLEY RAILROAD COMPANY ET AL. *v.* D. A. McNEILL, AS ADMINISTRATOR OF W. G. McNEILL, DECEASED. Error to the Supreme Court of the State of Mississippi. December 17, 1918. Dismissed with costs, on authority of plaintiffs in error. *Mr. Edward Mayes, Mr. Charles N. Burch, Mr. Robert L. McLaurin, Mr. Robert B. Mayes* and *Mr. H. D. Minor* for plaintiffs in error. *Mr. John B. Brunini* for defendant in error.

---

No. 548. CONRAD KORNMANN *v.* UNITED STATES. Error to the District Court of the United States for the District of South Dakota. December 23, 1918. Judgment reversed upon confession of error; and cause remanded for further proceedings, on motion of *The Solicitor General* for the United States. *Mr. Joe Kirby* and *Mr. William C. Rempfer* for plaintiff in error.

---

No. 4. UNITED STATES *v.* HARVEY C. SHAUVER. Error to the District Court of the United States for the Eastern